FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OMAN ALUMINIUM ROLLING COMPANY LLC,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                                    Defendant. | **SUMMONS**<br><br>**Court No.  21-00266** |

**TO:**   The Attorney General and the Department of Commerce,

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

___

1. Oman Aluminium Rolling Company LLC ("OARC") is a foreign producer and exporter of subject merchandise who served as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. OARC was an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Accordingly, OARC has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. OARC contests the final determination in the less-than-fair-value investigation into common alloy aluminum sheet from Oman, as published in *Common Alloy Aluminum Sheet from the Sultanate of Oman: Final Affirmative Determination of Sales at Less than Fair Value and Negative Determination of Critical Circumstances*, 86 Fed. Reg. 13,328 (Mar. 8, 2021). Commerce issued a final determination calculating an individual antidumping duty margin for OARC, which also was the "all-others" rate as OARC was the sole mandatory respondent in the investigation.
(Brief description of contested determination)

3. <u>Commerce issued its Final Determination on March 1, 2021.</u>
   (Date of determination)

4. Commerce's Final Determination was published in the *Federal Register* on March 8, 2021. <u>*See* 86 Fed. Reg. 13,328.  The related antidumping order was published on April 27, 2021 (86 Fed. Reg. 22,139).</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

 

              Bernd G. Janzen
              **Akin Gump Strauss Hauer & Feld LLP**
              2001 K Street N.W.
              Washington, D.C. 20006
              (202) 887-4000
              bjanzen@akingump.com

              *Counsel to Oman Aluminium Rolling Company LLC*


<u> /s/ Bernd G. Janzen </u>
Signature of Plaintiffs' Attorney

<u>May 27, 2021 </u>
Date

64878543_1

**Form 3-2**

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch – Civil Division
1100 L Street, NW
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Chief Counsel
Trade Enforcement and Compliance
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Pursuant to Rule 3(f), Plaintiff will separately notify the following interested parties of this summons:

The Aluminum Association Common Alloy Aluminum
Sheet Trade Enforcement Working Group
C/O Robert Alan Luberda, Esq.
Kelley Drye & Warren LLP
3050 K Street, N.W.
Washington, D.C. 20007

Ta Chen International Inc.
C/O Peter J. Koenig, Esq.
Squire Patton Boggs (US) LLP
2550 M Street, N.W.
Washington, D.C. 20036